

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00025-CR

Frances Rosalez **FORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2986
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete the assessment of attorney's fees. The judgment is AFFIRMED AS MODIFIED.

SIGNED April 1, 2015.

_____
Marialyn Barnard, Justice